**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Gwendolyn Coleman  　　　　　　　　　CHAPTER 13
　　　　　　　　Debtor(s)
　　　　　　　　　　　　　　　　　　　　　　BKY. NO. 20-14603 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

　　Kindly enter my appearance on behalf of MFA 2017-RPL1 Trust, Mortgage-Backed Notes, Series 2017-RPL1 and index same on the master mailing list.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　/s/ *Rebecca Solarz*
　　　　　　　　　　　　　　Rebecca Solarz
　　　　　　　　　　　　　　09 Dec 2020, 14:41:34, EST

　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　Philadelphia, PA 19106-1532
　　　　　　　　　　　　　　(215) 627-1322