**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Gwendolyn Coleman, | : | |
| | : | |
| Debtor(s) | : | Bankruptcy No. 20-14603-amc |

**ORDER**

**AND NOW,** this _____ day of _____, 20__, upon consideration of the Motion to Sell Real Property filed by debtor, upon notice to all interested parties, upon the filing, and any response thereto, and after a hearing before the Court and for good cause shown, it is hereby

**ORDERED,** that debtor is granted permission to sell her real property located at <u>4938 Hazel Avenue, Philadelphia, PA 19143</u> ("Property"), for the sale price of $<u>392,000</u>, pursuant to the terms of a certain **amended** real estate agreement of sale dated as of <u>February 15, 2021</u>, to the buyer(s) thereunder, <u>Amber T. Tyler and Robert C. Johnson</u> ("Buyer(s)"), who have been represented to be purchasing the Property at arms-length.

The proceeds of the sale, including any funds held as a deposit made by or on behalf of the Buyer(s), shall be distributed at closing in the following manner:

| | | |
|---|---|---|
| 1. | Liens in Title Commitment Schedules | $181,433.00 |
| 2. | Real estate commission, at no greater than 5% | $ 19,600.00 |
| 3. | Chapter 13 Trustee Disbursement | $ 69,689.24 |
| 4. | Debtor Distribution: | $121,277.76 |
| | **Total Distribution** | **$392,000.00** |

After paying all liens in full and all costs of sale, the title clerk shall pay to William C. Miller, Chapter 13 standing trustee, the balance of the sales proceeds, **$69,689.24**, to be distributed by the standing trustee to his applicable commission, upon confirmation, in accordance with Debtor's First Amended Plan, which shall require payment to the Trustee, Debtor's attorney, and secured creditors.

The title clerk shall fax a completed HUD-1 or settlement sheet from the closing directly to the trustee immediately upon the close of the settlement, and the trustee shall promptly notify the title company of his approval or objections to the sums to be disbursed.

Upon trustee approval, the title clerk shall fax a copy of the disbursement check to the trustee, and shall immediately transmit the actual disbursement check to the trustee by overnight courier.

**BY THE COURT**

---

**HONORABLE ASHELY M. CHAN**
**U.S. BANKRUPTCY JUDGE**