United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-14603-amc |
| Gwendolyn Coleman | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 25, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Gwendolyn Coleman, 4938 Hazel Avenue, Philadelphia, PA 19143-2005 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2021          Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| HENRY ALAN JEFFERSON | on behalf of Debtor Gwendolyn Coleman hjefferson@hjeffersonlawfirm.com hjeffersonone@gmail.com;r60499@notify.bestcase.com |
| LEON P. HALLER | on behalf of Creditor Pennsylvania Housing Finance Agency - HEMAP lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com |
| REBECCA ANN SOLARZ | on behalf of Creditor MFA 2017-RPL1 Trust  Mortgage-Backed Notes, Series 2017-RPL1 bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-2     User: admin     Page 2 of 2
Date Rcvd: Mar 25, 2021     Form ID: pdf900     Total Noticed: 1
TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | | Chapter 13 |
| | : | | |
| Gwendolyn Coleman, | : | | |
| | : | | |
| Debtor(s) | : | | Bankruptcy No. 20-14603-amc |

### ORDER

**AND NOW,** this _____ day of _____, 20__, upon consideration of the Motion to Sell Real Property filed by debtor, upon notice to all interested parties, upon the filing, and any response thereto, and after a hearing before the Court and for good cause shown, it is hereby

**ORDERED,** that debtor is granted permission to sell her real property located at <u>4938 Hazel Avenue, Philadelphia, PA 19143</u> ("Property"), for the sale price of <u>$392,000</u>, pursuant to the terms of a certain **amended** real estate agreement of sale dated as of <u>February 15, 2021</u>, to the buyer(s) thereunder, <u>Amber T. Tyler and Robert C. Johnson</u> ("Buyer(s)"), who have been represented to be purchasing the Property at arms-length.

The proceeds of the sale, including any funds held as a deposit made by or on behalf of the Buyer(s), shall be distributed at closing in the following manner:

| | | |
|---|---|---|
| 1. | Liens in Title Commitment Schedules | $236,607.84 |
| 2. | Real estate commission, at no greater than 5% | $ 19,600.00 |
| 3. | Chapter 13 Trustee Disbursement | $ 14,582.36 |
| 4. | Debtor Distribution: | $121,209.80 |
| **Total Distribution** | | **$392,000.00** |

After paying all liens in full and all costs of sale, the title clerk shall pay to <u>Scott F. Waterman, Chapter 13 standing trustee</u>, the balance of the sales proceeds, **$14,582.36**, to be distributed by the standing trustee to his applicable commission, upon confirmation, in accordance with Debtor's Amended Plan.

The title clerk shall fax a completed HUD-1 or settlement sheet from the closing directly to the trustee immediately upon the close of the settlement, and the trustee shall promptly notify the title company of his approval or objections to the sums to be disbursed.

      Upon trustee approval, the title clerk shall fax a copy of the disbursement check to the trustee, and shall immediately transmit the actual disbursement check to the trustee by overnight courier.

      Debtor shall provide the Chapter 13 Trustee with an updated address within 10 days of her change of address.

**Date: March 25, 2021**

BY THE COURT

_____
**HONORABLE ASHELY M. CHAN**
**U.S. BANKRUPTCY JUDGE**