# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Gwendolyn Coleman<br>Debtor(s)<br><br>MFA 2017-RPL1 Trust, Mortgage-Backed Notes, Series 2017-RPL1, its successors and/or assigns<br>Movant<br>vs.<br><br>Gwendolyn Coleman<br>Debtor(s)<br><br>Scott F. Waterman<br>Trustee | CHAPTER 13<br><br>NO. 20-14603 AMC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of MFA 2017-RPL1 Trust, Mortgage-Backed Notes, Series 2017-RPL1, which was filed with the Court on or about **January 19, 2021, docket number 19**.

Respectfully submitted,

/s/ Rebecca A. Solarz, Esq.
_____

Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: (215)-627-1322

Dated: April 6, 2021