United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 20-14603-amc

Gwendolyn Coleman                                                                         Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                                          Page 1 of 2

Date Rcvd: May 12, 2021                       Form ID: 155                                    Total Noticed: 18

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gwendolyn Coleman, 4938 Hazel Avenue, Philadelphia, PA 19143-2005 |
| 14565100 | + | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14568081 | + | HEMAP Pennsylvania Housing Finance Agency, c/o Leon P. Haller, Esq., Purcell, Krug & Haller, 1719 North Front Street, Harrisburg, PA 17102-2392 |
| 14565137 | + | Jefferson Law, LLC, 1700 Market Street, Suite 1005, Philadelphia, PA 19103-3920 |
| 14568082 | + | MFA 2017-RPL1 Trust, Mortgage-Back, Notes, Series 2017-RPL1, c/o Rebecca Solarz, Esq., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14567879 | + | MFA 2017-RPL1 Trust, Mortgage-Backed Notes, Series, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14565104 | + | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 14578702 | | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14565105 | | Select Portfolio Servicing, Inc., Attn: Timothy O'Brien - CEO, Corporate HQ, 3217 Decker Lake Drive, Salt Lake City, UT 84119-3284 |
| 14565106 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Financial Services, Attn: Bankruptcy, Po Box 8026, Cedar Rapids, IA 52409 |
| 14565107 | + | Trident Asset Management, Attn: Bankruptcy, Po Box 888424, Atlanta, GA 30356-0424 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14583855 | | Email/Text: megan.harper@phila.gov | May 13 2021 01:44:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14565101 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | May 13 2021 01:44:00 | Caliber Home Loans, Attn: Cash Operations, Po Box 24330, Oklahoma City, OK 73124-0330 |
| 14565102 | | Email/PDF: ais.chase.ebn@americaninfosource.com | May 13 2021 02:08:45 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 14565103 | + | Email/Text: blegal@phfa.org | May 13 2021 01:44:00 | Pennsylvania Housing Finance Agency, 2101 N. Front Street, Harrisburg, PA 17110-1086 |
| 14582079 | + | Email/Text: blegal@phfa.org | May 13 2021 01:44:00 | Pennsylvania Housing Finance Agency/HEMAP, 211 North Front Street, PO BOX 15206, Harrisburg, PA 17105-5206 |
| 14565108 | + | Email/Text: EBankruptcy@UCFS.NET | May 13 2021 01:44:00 | United Consumer Financial Services, Attn: Bankruptcy, 865 Bassett Rd, Westlake, OH 44145-1194 |
| 14573668 | + | Email/Text: bnc@bass-associates.com | May 13 2021 01:43:00 | United Consumer Financial Services, Bass & Associates, P.C., 3936 E. Ft. Lowell Suite 200, Tucson, AZ 85712-1083 |

TOTAL: 7

# BYPASSED RECIPIENTS

District/off: 0313-2                                      User: admin                                      Page 2 of 2
Date Rcvd: May 12, 2021                          Form ID: 155                          Total Noticed: 18

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14582018 | *+ | United Consumer Financial Services, Bass & Associates, P.C., 3936 E. Ft. Lowell Suite 200, Tucson, AZ 85712-1083 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2021                          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 12, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| HENRY ALAN JEFFERSON | on behalf of Debtor Gwendolyn Coleman hjefferson@hjeffersonlawfirm.com hjeffersonone@gmail.com;r60499@notify.bestcase.com |
| LEON P. HALLER | on behalf of Creditor Pennsylvania Housing Finance Agency - HEMAP lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com |
| REBECCA ANN SOLARZ | on behalf of Creditor MFA 2017-RPL1 Trust  Mortgage-Backed Notes, Series 2017-RPL1 bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

---

In Re: Gwendolyn Coleman
           Debtor(s)

Chapter: 13

Bankruptcy No: 20−14603−amc

---

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

AND NOW, this 12th day of May 2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

 B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Ashely M. Chan
Judge ,
United States Bankruptcy Court

37 − 33
Form 155