*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Gwendolyn Coleman
　　Debtor(s)

Case No: 20–14603–amc
Chapter: 13

## NOTICE OF SHOW CAUSE HEARING

To the debtor, debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing to show cause why this case should not be dismissed for failure to pay the final installment payment in the amount of $76.00 will be held before the Honorable Ashely M. Chan ,United States Bankruptcy Court

　　on: 6/9/21

　　at: 11:00 AM

　　in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

　　　　For The Court

　　　　Timothy B. McGrath
　　　　Clerk of Court

Dated: May 21, 2021

42
Form 175