| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 20-14603-AMC**

Gwendolyn Coleman
4938 Hazel Avenue
Philadelphia  PA    19143

Petition Filed Date: 12/01/2020
341 Hearing Date: 01/08/2021
Confirmation Date: 05/12/2021

Case Status: Completed on 5/12/2021

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/06/2021 | $918.79 | | 02/01/2021 | $918.00 | | 03/04/2021 | $918.00 | |
| 04/05/2021 | $918.00 | | 04/09/2021 | $14,582.36 | 23373   r/e sa | | | |

**Total Receipts for the Period:  $18,255.15    Amount Refunded to Debtor Since Filing:  $10,926.57    Total Receipts Since Filing: $18,255.15**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | HENRY ALAN JEFFERSON ESQ | Attorney Fees | $5,800.00 | $5,800.00 | $0.00 |
| 2 | SELECT PORTFOLIO SERVICING INC »» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | UNITED CONSUMER FINANCIAL SERVICES »» 03S | Secured Creditors | $255.00 | $255.00 | $0.00 |
| 4 | UNITED CONSUMER FINANCIAL SERVICES »» 03U | Unsecured Creditors | $1,088.37 | $1,088.37 | $0.00 |
| 5 | PHFA/HEMAP »» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | CITY OF PHILADELPHIA (LD) »» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | CITY OF PHILADELPHIA (LD) »» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | Gwendolyn Coleman | Debtor Refunds | $10,926.57 | $10,926.57 | $0.00 |

**Chapter 13 Case No. 20-14603-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $18,255.15 | Current Monthly Payment: | $92.55 |
| Paid to Claims: | $18,069.94 | Arrearages: | $0.00 |
| Paid to Trustee: | $185.21 | Total Plan Base: | $22,519.95 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.